# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**

v.

**CHARLIE JAMES STEVENS**,   Civil Action No. 7:14-CR-20 (HL)

Defendant.

## ORDER

On September 23, 2014, Defendant filed a Motion to Suppress Evidence. (Doc. 22). The Government is ordered to respond to Defendant's motion on or before October 15, 2014.

**SO ORDERED** this 24th day of September, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks